IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-7,381-21






EX PARTE VAN LEE BREWER, Applicant






ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. W89-97479-U(I) IN THE 291st DISTRICT COURT

FROM DALLAS COUNTY





 Per curiam.


O R D E R



 This is an application for a writ of habeas corpus that was transmitted to this Court
by the clerk of the trial court pursuant to the provisions of Article 11.07, Section 3, of the Texas
Code of Criminal Procedure. Ex Parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). 
Applicant was convicted of sexual assault and his sentence was assessed at fifty years' confinement. 
No direct appeal was taken. 

 

 After a review of the record, we find that Applicant's claim which challenges his denial of
release to parole is denied. Applicant's actual innocence and confrontation clause claims are
dismissed pursuant to Article 11.07, § 4 of the Code of Criminal Procedure.


DELIVERED: February 11, 1009


DO NOT PUBLISH